IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ELMER L. CARTER**
**ADC #600308**                                                                                    **PLAINTIFF**

**V.**                                       **4:09CV00757 BSM-JTR**

**ANGELA BIDDINGS, Nurse,**
**Pulaski County Regional Detention Center, et al.**                          **DEFENDANTS**

## ORDER

The court has reviewed the partial recommended disposition submitted by Magistrate Judge J. Thomas Ray. The parties have not filed any objections. After carefully reviewing the partial recommended disposition and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

Accordingly, separate defendant Dr. Terry Jefferson's motion to dismiss (Doc. No. 2) is DENIED. Defendant Jefferson shall file his answer within fourteen days of the entry of this order, pursuant to Fed. R. Civ. P. 12(a)(4)(A).

IT IS SO ORDERED this 8th day of March, 2010.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE