IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ELMER L. CARTER,**
**ADC #600308**                                                                    **PLAINTIFF**

v.            **CASE NO. 4:09cv00757 BSM/JTR**

**ANGELA BIDDINGS, et al.**                                                      **DEFENDANTS**

**ORDER**

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 81] have been received. There have been no objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant Carl Johnson's motion for summary judgment [Doc. No. 55] is granted.

2. Pursuant to 28 U.S.C. § 1915(a)(3), an *informa pauperis* appeal would not be taken in good faith.

Dated this 21st day of October, 2010.

                                                                                 */s/ Brian S. Miller*
                                                                    UNITED STATES DISTRICT JUDGE