**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ELMER L. CARTER**
**ADC #600308**                                                                                          **PLAINTIFF**

v.                          CASE NO. 4:09-cv-00757 BSM/JTR

**ANGELA BIDDINGS, Nurse,**
**Pulaski County Detention Center, et al.**                                      **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition [Doc. No. 83] submitted by United States Magistrate Judge J. Thomas Ray have been received. There have been no objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. The remaining defendants' motions for summary judgment [Doc. Nos. 68, 74] are granted, and this case is dismissed with prejudice.

2. Pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 19th day of November, 2010.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE