## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ELMER L. CARTER**
**ADC #600308**                                                          **PLAINTIFF**

**v.**                          **CASE NO. 4:09-cv-00757 BSM/JTR**

**ANGELA BIDDINGS, Nurse,**
**Pulaski County Detention Center, et al.**                     **DEFENDANTS**

### JUDGMENT

Consistent with the order that was entered on this day, it is considered, ordered, and adjudged that this case is DISMISSED, WITH PREJUDICE, and judgment is entered in favor of defendants on all claims set forth herein. Further, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ORDERED this 19th day of November, 2010.


_____
UNITED STATES DISTRICT JUDGE